
RECEIVED
IN MONROE, LA
AUG 1 5 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| EPCO CARBONDIOXIDE PRODUCTS, INC. | CIVIL ACTION NO. 04-2324 |
| versus | JUDGE JAMES |
| J P MORGAN CHASE BANK, NA | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court ADOPTS the Report and Recommendation of the magistrate Judge except footnote 4, and

IT IS ORDERED that Chase's Motion to Dismiss (Doc. 8) is **granted** and EPCO's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that EPCO's Motion to Strike (Doc. 18) is **denied as moot.**

THUS DONE AND SIGNED at Monroe, Louisiana, this the 15 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE